IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TASCHA L. CIGAN OBO T.L.P.,

    Plaintiff,

v.

                                              Case No. 3:24-cv-00147-JDP

LELAND DUDEK,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $4,166.68 (four thousand one hundred sixty-six dollars and sixty-eight cents) for attorney fees and expenses and $405 (four hundred five dollars and zero cents) in costs in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigants owe the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Osterhout Berger Disability Law, LLC** pursuant to the EAJA assignment duly signed by Plaintiff.

If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

    **521 Cedar Way**
    **Suite 200**
    **Oakmont, PA 15139**

Dated at Madison, Wisconsin, this 20TH day of MARCH, 2025.

BY THE COURT:

_____
JAMES D. PETERSON
Chief United States District Judge